MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
ANNABELLE J. YANG
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8946
    Facsimile: (415) 744-0134
    E-Mail: Annabelle.Yang@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## **SAN FRANCISCO DIVISION**

| | |
|---|---|
| SANYAO SAETEURN, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of <br> Social Security, <br><br> Defendant. | Case No. 3:14-CV-00719-SI <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR VOLUNTARY REMAND |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of this Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

    Upon remand, the Office of Disability Adjudication and Review (ODAR) will remand this case to a different Administrative Law Judge (ALJ) with directions to fully address the medical opinions in the record. If necessary, the ALJ will further evaluate Plaintiff's residual functional capacity and credibility. Finally, if warranted, the ALJ will obtain testimony from a vocational expert to clarify the effect of the assessed limitations on the occupational base.

///

///

///

Dated: September 10, 2014

*/s/ Steven M. Weiss\**
STEVEN M. WEISS
Attorney for Plaintiff
*By e-mail authorization on September 10, 2014

Dated: September 10, 2014

MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Annabelle J. Yang*
ANNABELLE J. YANG
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

DATED: 9/10/14

_____
SUSAN ILLSTON
UNITED STATES MAGISTRATE JUDGE